# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## MEMORANDUM OPINION AND ORDER

On June 24, 2020, I entered an order directing plaintiffs on Exhibit A to show cause in their individual cases on or before July 24, 2020, why their individual cases should not be dismissed as to the remaining defendants, including defendant Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc., Sofradim Production SAS and/or Tissue Sciences Laboratories Limited pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. The Order was sent to the plaintiffs on Exhibit A at their last known address and posted on the court's website.

Plaintiffs have failed to respond to the Show Cause Order. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), the court finds that the plaintiffs on Exhibit A have failed to prosecute their cases. The court **ORDERS** that the above defendants, where named in the cases on Exhibit A, are dismissed without prejudice. There are no remaining defendants in these cases on Exhibit A and therefor, the court further **ORDERS** that the cases on Exhibit A are **DISMISSED** and **STRICKEN** from the court's active docket. All pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address.

ENTER: July 27, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Name | Case Number |
|---|---|
| Renee Bruce v. Ethicon, Inc., et al. | 2:13-cv-19973 |
| Doris Chelala v. Ethicon, Inc., et al. | 2:13-cv-20086 |
| Sara Marsh v. Ethicon, Inc., et al. | 2:13-cv-03073 |
| Eloise Martinez v. Ethicon, Inc., et al. | 2:13-cv-32341 |